IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE

IN RE:

Otto Lee Beddard

      Debtor(s)

Case No. 16-62198-RBC
(Chapter 13)

## NOTICE OF HEARING

Please take notice that M&T Bank , by counsel, will argue its Motion to Reconsider the Debtor's Motion to Sell Real Estate Free and Clear of Liens on July 20, 2017 at 9:30 a.m. or as soon thereafter as counsel may be heard, in the United States Bankruptcy Court for the Western District of Virginia, Charlottesville Division, US Courthouse, Rm 200, 255 W. Main St., Charlottesville, VA 22902 before the Honorable Rebecca Connelly.

    Respectfully submitted,

/s/ Sameera Navidi
Kathryn E. Smits, Bar #77337
Sameera Navidi, Bar #89441
Attorney for M&T Bank
Orlans PC
PO Box 2548
Leesburg, VA 20177
703-777-7101 telephone
703-940-9119 facsimile
ksmits@orlans.com
snavidi@orlans.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| IN RE:<br><br>Otto Lee Beddard<br><br>Debtor | Case No.16-62198-RBC<br>(Chapter 13) |

### M&T BANK'S MOTION TO RECONSIDER THE DEBTOR'S MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS

COMES NOW M&T Bank by and through Counsel, and respectfully requests the Court reconsider the Matter of the Debtor's Motion to Sell Real Estate Free and Clear of Liens (Docket Number 31) M&T Bank states as follows:

1. M&T Bank is servicer of the mortgage secured by the Debtor's residence located at 5506 Wyndemere Circle, Mineral, Virginia 23117.

2. On March 17, 2017, the Debtor filed the Motion to Sell Real Estate Free and Clear of Liens.

3. Debtor did not get M&T Bank's approval or permission for the sale.

4. On March 17, 2017, the Debtor filed a Motion to Shorten Notice for the hearing to be held on March 23, 2017. The motion was granted.

5. The hearing was held before M&T Bank could respond to the motion.

6. M&T Bank was represented by counsel in this case via a timely filed Proof of Claim on January 5, 2017 and a Notice of Postpetition Mortgage Fees on February 1,

      2017 with regards to this property. M&T Bank's counsel was not consulted or properly noticed on this matter.

7. This sale is a direct violation of 11 USC sec 363(f) because the interest is a lien and the price of the property to be sold of $175,000.00 is less than the balance of the lien on the property, which is $251,700.00.

8. Furthermore, the sale price of $175,000.00 is far less than the tax assessed value of the property, which is $243,100.00.

Wherefore, M&T Bank requests that the Honorable Court will reconsider the Debtor's Motion to Sell Real Estate Free and Clear of Liens since M&T Bank never consented to the short sale and did not have adequate time to respond to the Motion.

Wherefore, M&T Bank prays this Honorable Court will enter an Order reconsidering the Order to Sell Real Estate Free and Clear of Liens.

                                  Respectfully submitted,

                                /s/ Sameera Navidi
                                  Sameera Navidi, Bar #89441
                                  Attorney for M&T Bank
                                  Orlans PC
                                  PO Box 2548
                                  Leesburg, Virginia 20177
                                  (703) 777-7101

## **CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing Motion to Reconsider were mailed by first class mail, postage-paid, and served electronically, where applicable, this  day of _May 22, 2017____ to the following parties:

Otto Lee Beddard
5720 Meadows Run Rd
Spotsylvania, VA 22551
*Debtor*

Steven Shareff, Esq.
PO Box 729
Louisa, VA 23093
*Attorney for the Debtor*

Herbert L. Beskin, Trustee
PO Box 2103
Charlottesville, VA 22902

/s/ Sameera Navidi_____
  Sameera Navidi, Esquire