UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF
VIRGINIA
Lynchburg Division

| IN RE: | |
|---|---|
| Otto Lee Beddard | Case No.16-62198-RBC (Chapter 13) |
| Debtor | |

ORDER GRANTING M&T BANK'S MOTION TO RECONSIDER THE DEBTOR'S MOTION
TO SELL REAL ESTATE FREE AND CLEAR OF LIENS

Upon consideration of the Motion to Reconsider the Debtor's Motion to Sell Real Estate Free and Clear of Liens ("Motion") filed by M&T Bank, it is hereby,

ORDERED, that the Motion be, and the same is hereby GRANTED, and it is further;

ORDERED, that the Order Granting Motion to Sell Free and Clear of Liens entered on April 3, 2017, Docket #37, is hereby VACATED.

Date: July 21, 2017

BY THE COURT:

/s/ Rebecca B. Connelly
Rebecca B. Connelly
U.S. Bankruptcy Court Judge

I ASK FOR THIS:

/s/ Sameera Navidi
Sameera Navidi, Bar #89441
Attorney for M&T Bank
Orlans PC
PO Box 2548
Leesburg, Virginia 20177
(703) 777-7101

1

SEEN:

/s/ Steven Shareff
Steven Shareff
PO Box 729
Louisa, VA 23093
Bar No. 24323

Attorney for the Debtor


/s/ Herbert L. Beskin
Herbert L. Beskin, Trustee
P.O. Box 2103
Charlottesville, VA 22902

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing Order Granting Motion to Reconsider were mailed by first class mail, postage-paid, and served electronically, where applicable, this day of __July 19, 2017____ to the following parties:

Otto Lee Beddard
5720 Meadows Run Rd
Spotsylvania, VA 22551
*Debtor*

Steven Shareff, Esq.
PO Box 729
Louisa, VA 23093
*Attorney for the Debtor*

Herbert L. Beskin, Trustee
PO Box 2103
Charlottesville, VA 22902


__/s/ Sameera Navidi_____
Sameera Navidi, Esquire