B420A (Official Form 20A) (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
**Western District of Virginia**

In re **Otto Lee Beddard**

Debtor

Address **16461 Terry's Run Road Unionville, VA 22567**

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): **xxx-xx-7965**
Employer's Tax Identification (EIN) No(s). (if any):

Case No. **16-62198**

Chapter **13**

## RESPONSE

Comes now the debtor, by counsel, and as and for his response to the motion of Lakeview Loan Servicing, Inc., states as follows:

1-4 Admitted
5-7 Denied
8 Admitted
9-12 Denied

Wherefore the debtor responds


/s/Steven Shareff
VSB#24323
PO Box 729
Louisa, VA 23093
(540) 748-2176
sresearch39@aol.com

Certificate of Service

I hereby certify that a copy of the foregoing has been served electronically on the creditor and trustee this 9th day of February, 2018

/s/ Steven Shareff