IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| IN RE:<br><br>OTTO LEE BEDDARD<br><br>Debtor | Case No. 16-62198-RBC<br>(Chapter: 13) |
| LAKEVIEW LOAN SERVICING, LLC<br><br>Movant<br><br>v.<br><br>OTTO LEE BEDDARD<br>MICHELLE A. BEDDARD, Co-Debtor, and<br>HERBERT L. BESKIN, Trustee<br><br>Respondents | |

## ORDER TERMINATING CO-DEBTOR STAY

UPON CONSIDERATION of the Amended Motion for Relief from Co-Debtor Automatic Stay ("Motion") filed by Lakeview Loan Servicing, LLC ("Movant"), and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby GRANTED; and it is further

**ORDERED,** that the Co-Debtor Stay is terminated allowing Movant, successors and assigns, to exercise its rights under applicable law against the Debtor's Property described as:

Kathryn E. Smits, Bar #77337
ksmits@orlans.com
Sameera Navidi, Bar #89441
snavidi@orlans.com
Orlans PC
PO Box 2548
Leesburg, Virginia 20177
(703) 777-7101

ALL THAT PARCEL OF LAND IN SPOTSYLVANIA COUNTY, COMMONWEALTH OF VIRGINIA, AS DESCRIBED IN DEED INST # 200300048926, ID# 68E1-76, BEING KNOWN AND DESIGNATED AS:

ALL THAT CERTAIN TRACT, PARCEL OR LOT OF LAND, LYING AND BEING SITUATE IN LIVINGSTON MAGISTERIAL DISTRICT, SHOWN AS LOT 76, SECTION 1, WYNDEMERE SUBDIVISION, CONTAINING 1.000 ACRES, MORE OR LESS, ACCORDING TO PLAT OF SURVEY BY JAMES H. BELL, JR., P.C., P.L.S., DATED DECEMBER 11, 1989, REVISED MAY 17, 1990, AND RECORDED IN THE CLERKS OFFICE OF THE CIRCUIT COURT OF SPOTSYLVANIA COUNTY, VIRGINIA, IN PLAT FILE 2, PAGE 649.

OTTO L. BEDDARD AND MICHELLE A. BEDDARD, HUSBAND AND WIFE BY FEE SIMPLE DEED FROM JOSEPH C. CARR AS SET FORTH IN INST # 200300048926 DATED 11/07/2003 AND RECORDED 11/18/2003, SPOTSYLVANIA COUNTY RECORDS, COMMONWEALTH OF VIRGINIA.

which has the address of 5506 Wyndemere Circle, Mineral, VA 23117 ("Property"), which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property; and it is further

**ORDERED**, that the Movant shall promptly notify the Chapter 13 Trustee in writing of the results of any foreclosure of the subject deed and pay to the Chapter 13 Trustee any excess funds received from such foreclosure sale to be disbursed upon further order from the Court; and it is further

**ORDERED**, upon entry of the order granting relief from co-debtor stay, the Trustee will immediately cease making any payments on the Movant's secured claim which were required by the plan. Any amended unsecured claim for a deficiency (which claim must include documents proving that it has liquidated its collateral and applied the proceeds of sale in accordance with applicable state law) must be filed by the Movant within 180 days from the date on which the order lifting stay is entered, or such claim against the bankruptcy estate shall be forever barred.

Date: 4/24/18                                           BY THE COURT:

                                                        _____
                                                        Rebecca B. Connelly
                                                        U.S. Bankruptcy Court Judge

I ASK FOR THIS:

\_\_/s/ Sameera Navidi_____
Kathryn Smits, Bar #77337
ksmits@orlans.com
Sameera Navidi, Bar #89441
snavidi@orlans.com
Orlans PC
P.O. Box 2548
Leesburg, Virginia 20177
(703) 777-7101


SEEN AND AGREED:

\_\_/s/ Steven Shareff_____
Steven Shareff, Esquire
PO Box 729
Louisa, VA 23093
Attorney for the Debtor
Re: Case No. 16-62198-RBC


SEEN:

\_\_\_/s/ Herbert L. Beskin_____
Herbert L. Beskin, Trustee
P.O. Box 2103
Charlottesville, VA 22902
Re: Case No. 16-62198-RBC


Copies to:

Kathryn Smits, Esquire
Sameera Navidi, Esquire
Attorneys for Movant
Orlans PC
PO Box 2548
Leesburg, VA 20177

Otto Lee Beddard
5720 Meadows Run Road
Spotsylvania, VA 22551
Debtor

Michelle A. Beddard
5506 Wyndemere Circle
Mineral, VA 23117
Co-Debtor

Steven Shareff, Esquire
PO Box 729
Louisa, VA 23093
Attorney for the Debtor

Herbert L. Beskin, Trustee
P.O. Box 2103
Charlottesville, VA 22902