**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| **OTTO LEE BEDDARD** | ) Case No. 16-62198 |
| | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

Please take notice that the law firm of Chadwick, Washington, Moriarty, Elmore & Bunn, P.C., by undersigned counsel, hereby gives notice of its appearance in the above-captioned and numbered case as counsel on behalf of Wyndemere Property Owners Association, Inc. (the "Association") party in interest, pursuant to Rules 2002 and 9010, Federal Rules of Bankruptcy Procedure, and does hereby request that all notices given or required to be given in this case, including all papers, pleadings, and correspondence served or required to be served in this case, or any related proceeding, be served upon the undersigned at the following address:

> Jeremy Huang
> Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.
> 3201 Jermantown Road, Suite 600
> Fairfax, Virginia 22030
> Tel: (703) 352-1900 / Fax: (703) 352-5293
> jhuang@chadwickwashington.com

The Association hereby further notifies all parties of interest in this case that it is represented by the undersigned attorney and requests that the Clerk place the undersigned attorney on any matrix mailing or list of creditors to be prepared or existing in the above-referenced bankruptcy case.

Respectfully submitted this 22nd day of January 2019.

        By: /s/ Jeremy Huang
        Jeremy Huang, VA Bar #76861
        CHADWICK, WASHINGTON, MORIARTY,
        ELMORE & BUNN, P.C.
        3201 Jermantown Road, Suite 600
        Fairfax, Virginia 22030
        (703) 352-1900
        (703) 352-5293 (Facsimile)
        jhuang@chadwickwashington.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Appearance and Request for Service of Papers was served by ECF on those parties set up for ECF on this 22nd day of January 2019.

        By: /s/ Jeremy Huang
        Jeremy Huang